**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMEER MURPHY,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-3970** |
| | : | |
| **JOHN RIVELLO,** *et al.,* | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW** this 18th day of October, 2023, **IT IS ORDERED** that:

1.      The above captioned case is **REFERRED** to the Honorable Lynne A. Sitarski, United States Magistrate Judge, for a Report and Recommendation;

2.      Pursuant to Local Civil Rule 72.1.IV(c), all issues and evidence shall be presented to the United States Magistrate Judge, and new issues and evidence shall not be raised after the filing of the Report and Recommendation if they could have been presented to the United States Magistrate Judge; and

3.      The Clerk of Court is **DIRECTED** to provide the Philadelphia County District Attorney's Office and the Pennsylvania Office of Attorney General with a copy of the petition.

**BY THE COURT:**

*/s/ Paul S. Diamond*
_____

**PAUL S. DIAMOND, J.**