**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMEER MURPHY,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.  23-cv-3970** |
| | : | |
| **JOHN RIVELLO, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

AND NOW, this ___27TH___ day of October, 2023, upon consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1) and Petitioner's Motion for Leave to File Supporting Memorandum of Law (ECF No. 4), IT IS ORDERED that:

1.   Petitioner's Motion for Leave to File Supporting Memorandum of Law is **GRANTED**.   Petitioner shall file his Supporting Memorandum of Law by January 23, 2024.

2.   The District Attorney of Philadelphia County shall file specific and detailed answers within thirty (30) days after service of Petitioner's Supporting Memorandum of Law, pursuant to Rule 5, 28 U.S.C. § 2254.   As required by 18 U.S.C. § 3771(b)(2), the Commonwealth is FURTHER ORDERED to ensure that in a federal habeas corpus proceeding arising out of a state conviction, any crime victims are afforded their rights under the Crimes Victims Act, as amended December 1, 2009.   Should Petitioner wish to file a Reply to the Respondent's Answer, his Reply **SHALL BE FILED** within thirty (30) days after service of the Answer.

3.   The Prothonotary of Philadelphia/Clerk of Courts or Office of Judicial Support of Philadelphia County shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression

Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Ameer Murphy</u>, CP-51-CR-0005908-2015, Court of Common Pleas of Philadelphia County, Pennsylvania by December 11, 2023.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge