IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMEER MURPHY,                          :
              Petitioner

     v.                                    :        CIVIL ACTION
                                    No. 23-3970

JOHN RIVELLO, *et al.*                  :
              Respondents

---

**Petitioner's Appendix of Exhibits**

<u>Exhibit</u>

  A   Declaration of George Yacoubian, Esq. dated December 4, 2023

  B   Todd Mosser's Motion for Remand dated April 14, 2022

  C   Letter dated April 5, 2022 from Ameer Murphy to Todd Mosser

  D   Letter dated April 5, 2022 from Ameer Murphy to Superior Court

  E   Joseph Schultz's Motion for Remand dated June 27, 2022

  F   July 27 Superior Court order and related docket entry

  G   Declaration of Ameer Murphy dated December 12, 2023

  H   Declaration of Robin Reed dated December 2, 2023

   I   Declaration of Questina Woods dated December 1, 2023

  J   Declaration of Ayanna Woods dated April 3, 2022

  K   Investigation Report of Allen Investigative Group dated December 13, 2023

L    Email thread between PCRA counsel and George Yacoubian

M    Philadelphia Prison System Visitation Log


Respectfully,


**SILVERMAN & ASSOCIATES, P.C.**

BY:/s/ Daniel Silverman
    Daniel Silverman

# EXHIBIT A

## DECLARATION OF GEORGE S. YACOUBIAN, JR., ESQUIRE

I, George S. Yacoubian, Jr., Esquire, do hereby swear and declare that the following is true and correct to the best of my knowledge, information and belief subject to the penalties for unsworn falsification to authorities set forth in 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904.

1.  I am an attorney licensed to practice in Pennsylvania (#206576). I was trial counsel for Ameer Murphy on his homicide trial before Judge Barbara McDermott in April 2018.

2.  I do not have clear recollections about much of this case. I know I had adequate time to prepare the case and I recall that Mr. Murphy was not a problem client. He gave me no trouble and was respectful at all times.

3.  On December 4, 2023, I met with Mr. Murphy's current counsel, Daniel Silverman, in my office to discuss the case. Mr. Silverman's investigator was also present. Mr. Silverman told me that one of the claims he was raising in federal habeas proceedings related to an arguably defective jury instruction on accomplice liability. I have not reviewed that instruction. Mr. Silverman explained that in his view Judge McDermott failed to instruct the jury that in order for it convict Mr. Murphy as an accomplice to first-degree murder the jury had to find that he himself possessed the specific intent to kill. Assuming Mr. Silverman's explanation to me is accurate, and without weighing in on the merits of that claim, I can say that I had no strategic reason not to object. If the court finds that the instruction was in fact defective, I had no strategic reason not to object.

4.  In my professional judgment, the evidence of Mr. Murphy's guilt on all the charges was overwhelming. I do not recall telling Mr. Murphy that but my practice would have been to explain to him that the evidence against him was strong. With the benefit of hindsight, I am sure I thought the jury would flatly reject his alibi defense as well as the testimony given by his mother, and although I again do not recall telling him that, my practice would have been to do so.

5. I do not recall specifically speaking with Mr. Murphy about the pros and cons of pleading guilty generally or accepting the Commonwealth's plea offer. My practice would have been to speak with him about the seriousness of the offenses, the mandatory life sentence if convicted of first-degree murder, and the general parameters for pleading guilty to a homicide offense. I would have spoken to him generally about what a plea would involve, before the Commonwealth made its formal offer, and then again after the offer was made about whether to take that specific deal. I do not recall speaking with Mr. Murphy on January 8, 2018, when, according to the transcript of that day's proceedings, the plea offer was made. The transcript suggests that I spoke with Mr. Murphy at some point that day. My practice would have been to speak with him privately in the anteroom (adjacent to the courtroom), but I do not specifically recall doing that in this case. I do not recall how aggressive I was in encouraging Mr. Murphy to take the plea deal, but based on my practice, I assume I discharged my duty to effectively counsel him in this regard. This was almost six years ago, and I have represented many clients since then.

6. I do not recall speaking with any of Mr. Murphy's relatives about why he should take the plea offer or asking them to convince Mr. Murphy to take the deal.


_____                    _____
George S. Yacoubian, Jr., Esquire                      Date

12/4/23

# EXHIBIT B

Received 4/14/2022 3:33:41 PM Superior Court Eastern District

Filed 4/14/2022 3:33:41 PM Superior Court Eastern District
2263 EDA 2021

# IN THE SUPERIOR COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| **COMMONWEALTH of PENNSYLVANIA** | : | |
| **Appellee** | : | |
| | : | **2263 EDA 2021** |
| **V.** | : | |
| | : | |
| **AMEER MURPHY** | : | |
| **Appellant** | : | |
| | : | |

## APPLICATION FOR REMAND AND REQUEST TO WITHDRAW

Appellant Murphy and Petitioner, Todd M. Mosser, respectfully requests this Honorable Court to Remand this matter to the PCRA Court, and per the instructions of the Appellant, allow Petitioner to withdraw as counsel in the above-captioned case, and in support thereof respectfully represents:

1. Petitioner was retained to represent Defendant in a PCRA matter which was filed with the Philadelphia County Court of Pleas on June 6, 2021.

2. That PCRA Petition was dismissed by the Court on October 14, 2021 and in order to preserve the Defendant's appellate rights, the undersigned filed an appeal on November 8, 2021.

3. The undersigned just received correspondence from Appellant, dated April 5, 2022. (*See,* Exhibit 'A').

4. Therein, Appellant has requested that this matter be remanded so that he can allege the undersigned's ineffectiveness in accordance with *Commonwealth v. Bradley*, 261 A.3d 381 (Pa. 2021).

5. Moreover, in light of the claims that Appellant wishes to pursue, the undersigned counsel is required to withdraw from further representation in this matter.

6. Appellant has also indicated a desire to have new counsel appointed to represent him. *See,* Exhibit 'A.'

7. In light of the foregoing, Appellant respectfully requests that the undersigned counsel be allowed to withdraw from further representation; and that this Court relinquish jurisdiction and remand to the PCRA court with instructions to ascertain whether

1

Appellant is entitled to court appointed counsel; and to allow Appellant to aver any claims of the undersigned's ineffectiveness that Appellant deems appropriate.

8. Appellant's rights will be substantially prejudiced if he is not permitted to proceed with his desired claims in the PCRA Court.

9. In light of the foregoing requests, Appellant also respectfully requests that the briefing schedule in this case be stayed pending resolution of the instant Application.

**WHEREFORE,** Appellant respectfully requests that the undersigned counsel be withdrawn from further representation, and that this Court relinquish its jurisdiction and remand this matter to the PCRA Court to determine Appellant's eligibility for court appointed counsel and to allow him to proceed with asserting the undersigned's ineffectiveness.

**Respectfully submitted,**

/s/ Todd M. Mosser

**TODD M. MOSSER, ESQUIRE**
ATTORNEY ID NO: 87534
448 North 10th Street Suite 502
Philadelphia, PA 19123
215-567-1220
todd@mosserlegal.com

Date: April 14, 2022

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all parties via the Pac-FILE system and to Ameer Murphy at SCI Huntingdon by first class mail.

BY: /s/ Todd M. Mosser

**TODD M. MOSSER, ESQUIRE**
*Petitioner*
Date: April 14, 2022

3

## VERIFICATION

I, TODD MOSSER, Esquire, attorney for the Appellant in this matter, under penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities, verify that the facts averred in the foregoing motion are true and correct to the best of my knowledge, information and belief.

**April 14, 2022**                                              /s/Todd M. Mosser

**Date**                                                                    **Todd Mosser**

4

# EXHIBIT 'A'

Ameer Murphy/NJ-0271
1100 Pike Street
Huntingdon, PA 16654-1112

April 5, 2021

Todd Moser
448 N. 10th Street, Suite 502
Philadelphia, PA 19123

In Re: <u>Commonwealth v. Ameer Murphy</u>
2263 EDA 2021

Dear Mr. Mosser,

I wish to pursue two claims alleging your ineffective assistance as my PCRA counsel. In accordance with the rule of *Commonwealth v. Aaron Bradley, 261 A.3d 381 (Pa. 2021),* I am requesting that you immediately file in the Superior Court an Application for Remand to allow me to raise these two claims and have new counsel appointed. The two claims I wish to raise are:

> (1) PCRA counsel was ineffective for failing to identify the claim that trial counsel was ineffective for failing to adequately consult with petitioner about the wisdom of accepting the Commonwealth's offer to plead guilty;
> (2) PCRA counsel was ineffective for failing to identify the claim that trial counsel was ineffective for failing to object to the trial court's defective instruction on accomplice the Commonwealth must prove that petitioner shared the shooter's intent to kill.

I do not wish to proceed pro se before Judge McDermott. I am requesting that you withdraw and that new counsel be appointed so that I can raise these important claims. To the extent I requested to pro se in the motion I recently sent to the Superior Court (but which was not docketed), I withdraw that. But I am insisting that you file the Application for Remand as set forth above.

Thank you for your prompt attention to this urgent and time-sensitive matter. Please promptly respond with confirmation that this was filed.

Sincerely,

*Ameer Murphy*
Ameer Murphy

cc: Prothonotary, Superior Court of PA

# EXHIBIT C

Ameer Murphy/NJ-0271
1100 Pike Street
Huntingdon PA 16654-1112

April 5, 2022

Todd Moser
448 N. 10th Street, Suite 502
Philadelphia, PA 19123

    In Re: <u>Commonwealth v. Ameer Murphy</u>
         2263 EDA 2021

Dear Mr. Mosser,

    I wish to pursue two claims alleging your ineffective assistance as my PCRA counsel. In accordance with the rule of *Commonwealth v. Aaron Bradley, 261 A.3d 381 (Pa. 2021)*, I am requesting that you immediately file in the Superior Court an Application for Remand to allow me to raise these two claims and have new counsel appointed. The two claims I wish to raise are:

        (1) PCRA counsel was ineffective for failing to identify the claim that trial counsel was ineffective for failing to adequately consult with petitioner about the wisdom of accepting the Commonwealth's offer to plead guilty;
        (2) PCRA counsel was ineffective for failing to identify the claim that trial counsel was ineffective for failing to object to the trial court's defective instruction on accomplice the Commonwealth must prove that petitioner shared the shooter's intent to kill.

    I do not wish to proceed pro se before Judge McDermott. I am requesting that you withdraw and that new counsel be appointed so that I can raise these important claims. To the extent I requested to pro se in the motion I recently sent to the Superior Court (but which was not docketed), I withdraw that. But I am insisting that you file the Application for Remand as set forth above.

    Thank you for your prompt attention to this urgent and time-sensitive matter. Please promptly respond with confirmation that this was filed.

                    Sincerely,

                    Ameer Murphy

cc: Prothonotary, Superior Court of PA

# EXHIBIT D

Ameer Murphy/NJ-0271
1100 Pike Street
Huntingdon PA 16654-1112

April 5, 2022

Prothonotary, Superior Court of Pennsylvania
530 Walnut Street, Suite 315
Philadelphia, PA 19106

      In Re: <u>Commonwealth v. Ameer Murphy</u>
           2263 EDA 2021

Dear Sir:

      Enclosed please find a letter to my lawyer directing him to an Application for

Remand in accordance with *Commonwealth v. Aaron Bradley, 261 A.3d 381 (Pa. 2021)*.

If my lawyer does not do as I am asking him to do, I want the Court to know that I am

seeking the relief of a remand so I can pursue claims that he was ineffective in failing to

identify certain PCRA claims. Kindly send this to my lawyer and ask to file something

formal with the Court.

                          Sincerely,

                          Ameer Murphy

cc: Prothonotary, Superior Court of PA
     Lawrence Goode, Esq.

# EXHIBIT E

Received 6/27/2022 2:30:06 PM Superior Court Eastern District

Filed 6/27/2022 2:30:06 PM Superior Court Eastern District
2263 EDA 2021

## IN THE SUPERIOR COURT OF PENNSYLVANIA
## EASTERN DISTRICT

|  |  |  |
|---|---|---|
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | 2263  EDA  2021 |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| AMEER MURPHY, | : | |
| Appellant | : | |

## PETITIONER'S APPLICATION FOR REMAND UNDER THE AUTHORITY OF *COMMONWEALTH v. AARON BRADLEY,* 261 A.3d 381 (Pa. 2021), WITHOUT PREJUDICE TO REVISIT THE ISSUES CURRENTLY BEFORE THE COURT ONCE ALL ISSUES HAVE BEEN LITGATED IN THE LOWER COURTS

TO THE HONORABLE JUDGES OF THE PENNSYLVANIA SUPERIOR COURT:

Petitioner, Ameer Murphy, by his counsel, Joseph Schultz, requests that the Court remand this matter to the Court of Common Pleas under the authority of *Commonwealth v. Aaron Bradley*, 261 A.3d 381 (Pa. 2021) to permit petitioner to raise several claims alleging prior post-conviction counsel's ineffective assistance, and in support thereof represents the following:

Before the Court is petitioner's appeal of the denial of his first petition for post-conviction relief. In his pending appeal, petitioner raised the single issue of whether trial counsel was ineffective for failing to object and request a mistrial where

the prosecutor made repeated references to a group of young men seated in the gallery in an attempt to create an inference of witness intimidation.

Petitioner has notified undersigned counsel that in accordance with the rule of *Bradley* he wishes to allege that prior post-conviction counsel, Todd Mosser, Esq., provided ineffective assistance in failing to identify and preserve in the initial PCRA proceedings several claims of trial counsel's ineffective assistance.[1] Undersigned counsel believes that one or more of these claims may have arguable merit and that petitioner should be permitted to preserve and pursue them on remand to the Court of Common Pleas.

On May 23, 2022, the United States Supreme Court issued its decision in *Shinn v. Martinez* (No. 20-1009), 2022 WL 1611786, holding that federal courts reviewing habeas petitions alleging ineffective assistance of initial state collateral counsel as cause to excuse a default would now be prohibited from considering any

---

[1] These claims allege that prior post-conviction counsel was ineffective for failing to identify and raise the following claims:

    (a) Mr. Mosser was ineffective for failing to identify the claim that trial counsel was ineffective for failing to adequately consult with petitioner about the wisdom of accepting the Commonwealth's offer to plead guilty.

    (b) Mr. Mosser was ineffective for failing to identify the claim that trial counsel was ineffective for failing to object to the trial court's defective instruction on accomplice liability in that she failed to instruct the jury that in order for petitioner to be convicted of first-degree murder as an accomplice the Commonwealth must prove that petitioner shared the shooter's intent to kill.

evidence outside the state court record, effectively overruling *Martinez v. Ryan*, 566 U.S. 1 (2012) (permitting habeas petitioners to present new evidence in federal court to support their claims that initial PCRA counsel's ineffective assistance in failing to identify a claim in state collateral proceedings constituted cause to excuse a default). As a result of *Shinn*, petitioner's only remaining opportunity to challenge prior post-conviction counsel's effectiveness is by seeking this remand under the authority of *Bradley*. If petitioner is prevented from raising these claims on remand now, *Shinn* prevents him from effectively pursuing them in federal habeas proceedings and prior post-conviction counsel's alleged ineffective assistance will pass unreviewed. Such a result would deny petitioner the protections *Bradley* provides.

Petitioner seeks this remand *without prejudice* to revisiting the issue presented in his pending appeal. He therefore asks that the matter be remanded without prejudice to revisit the claims in his prior petition in the event he does not prevail on his other claims.

WHEREFORE, petitioner, Ameer Murphy, by his counsel, Joseph Schultz, respectfully requests that the Court remand this matter to the Court of Common Pleas under the authority of *Commonwealth v. Aaron Bradley*, 261 A.3d 381 (Pa. 2021) to allow undersigned counsel to raise several claims alleging prior post-conviction counsel's ineffective assistance. Petitioner further requests that the Court order that

3

this remand be without prejudice to petitioner's ability to revisit the claims presented in his pending appeal before this Court.

Respectfully submitted,

_____/S/_____
Joseph Schultz, Esq.
PA ID# 201333
1518 Walnut Street, Suite 808
Philadelphia, PA 19102
Attorney for Appellant

## PROOF OF SERVICE

I hereby certify that I am this day serving the foregoing Appellant's Motion for Remand upon the persons and in the manner indicated below which service satisfies the requirements of Pa. R. App. P. 121:

Service by PACfile and first class mail addressed as follows:

Mr. Lawrence Jonathan Goode, Esq.
Philadelphia District Attorney's Office
3 S. Penn Square
Philadelphia, PA 19107

DATE: June 27, 2022          __/S/_____

**Joseph Schultz**
**I.D. No. 201333**
**1518 Walnut St., Ste. 808**
**Philadelphia, PA 19102**
**P: 215-695-5900**
**F: 215-695-5901**

# EXHIBIT F

Filed 07/27/2022

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| v. | : | Philadelphia County Criminal Division |
| | : | |
| AMEER MURPHY | : | CP-51-CR-0005908-2015 |
| | : | |
| | : | |
| Appellant | : | |
| | : | No. 2263 EDA 2021 |

## **ORDER**

Appellant's "Petitioner's Application For Remand Under the Authority Of Commonwealth v. Aaron Bradley, 261 A.3d 381 (Pa. 2021), Without Prejudice To Revisit The Issues Currently Before The Court Once All Issues Have Been Litigated In The Lower Courts," filed by Joseph Todd Schultz, Esq., is DENIED without prejudice to Appellant's right to raise the issues in the application before the panel of this Court assigned to decide the merits of the appeal by either refiling the application in writing once the case has been assigned to a panel or by raising the issues in the Appellant's brief.

PER CURIAM

Sealed Documents

PCRA

# Appeal Docket Sheet

**Superior Court of Pennsylvania**

## Docket Number: 2263 EDA 2021

## Page 1 of 6

## November 21, 2023

### CAPTION

Commonwealth of Pennsylvania

v.

Ameer Murphy
    Appellant

### CASE INFORMATION

Initiating Document:          Notice of Appeal

Case Status:                  Closed
Case Processing Status:       November 7, 2023          Completed

Journal Number:               J-S04008-23

Case Category:                Criminal                    Case Type(s):        Murder 1
                                                                               Criminal Conspiracy

### CONSOLIDATED CASES                                    ### RELATED CASES

### SCHEDULED EVENT

Next Event Type:                                          Next Event Due Date:

### COUNSEL INFORMATION

**Appellant       Murphy, Ameer**
Pro Se:                No
IFP Status:

    Attorney:         Schultz, Joseph Todd
    Address:          1518 Walnut St Ste 808
                      Philadelphia, PA 19102
    Phone No:         (215) 695-5900             Fax No:

**Appellee       Commonwealth of Pennsylvania**
Pro Se:                No
IFP Status:

    Attorney:         Goode, Lawrence Jonathan
    Address:          Philadelphia Da's Office
                      3 S Penn Sq
                      Philadelphia, PA 19107-3499
    Phone No:         (215) 686-5729             Fax No:

    Attorney:         Conway, Michael J.
    Law Firm:         Philadelphia District Attorney's Office
    Address:          3 S Penn Sq
                      Philadelphia, PA 19107
    Phone No:         (215) 686-5806             Fax No:

**Appeal Docket Sheet**

**Superior Court of Pennsylvania**

**Docket Number: 2263 EDA 2021**

**Page 2 of 6**

**November 21, 2023**



## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|--------|----------|---------|------------|------------|-------------|
| 11/08/2021 | Notice of Appeal | 90.25 | 02/09/2022 | 2022-SPR-E-000177 | 90.25 |
| 01/04/2023 | 2nd Motion for Extension of Time | 10.00 | 02/28/2023 | 2023-SPR-E-000273 | 10.00 |

## AGENCY/TRIAL COURT INFORMATION

| | | | |
|--|--|--|--|
| Order Appealed From: | October 14, 2021 | Notice of Appeal Filed: | November 8, 2021 |
| Order Type: | PCRA Order Entered | | |
| Documents Received: | November 16, 2021 | | |

| | | | |
|--|--|--|--|
| Court Below: | Philadelphia County Court of Common Pleas | | |
| County: | Philadelphia | Division: | Philadelphia County Criminal Division |
| Judge: | McDermott, Barbara A. | OTN: | N 957354-6 |
| Docket Number: | CP-51-CR-0005908-2015 | Judicial District: | 01 |

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|----------------------|-----------|---------------------|
| Testimony | November 17, 2021 | |
| Original Record | December 07, 2021 | |
| Trial Court Opinion | December 07, 2021 | |
| Original Record | December 07, 2021 | |
| Supplemental Record | June 01, 2022 | |
| Testimony | March 24, 2023 | |

**Date of Remand of Record:**

## BRIEFING SCHEDULE

| Appellant | | Appellee | |
|-----------|--|----------|--|
| Murphy, Ameer | | Commonwealth of Pennsylvania | |
| **Addendum** | | **Brief** | |
| Due: November 7, 2022 | Filed: November 13, 2022 | Due: February 6, 2023 | Filed: January 13, 2023 |
| | | | |
| **Brief** | | | |
| Due: March 21, 2022 | Filed: | | |
| Due: November 7, 2022 | Filed: November 8, 2022 | | |
| | | | |
| **Reproduced Record** | | | |
| Due: March 21, 2022 | Filed: | | |

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|-----------|----------------------------|------------------|----------|
| **November 16, 2021** | Notice of Appeal Docketed | | |
| | | Appellant | Murphy, Ameer |
| **November 16, 2021** | Docketing Statement Exited (Criminal) | | |
| | | | Superior Court of Pennsylvania |
| **November 17, 2021** | Transcripts of Testimony | | |
| | | | Court Reporters, Digital Recording, and Interpreters Administration - First Judicial District of Pennsylvania |

**Appeal Docket Sheet**

**Superior Court of Pennsylvania**

**Docket Number: 2263 EDA 2021**

**Page 3 of 6**

**November 21, 2023**



| | DOCKET ENTRY | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| November 19, 2021 | Docketing Statement Received (Criminal) | | |
| | | Appellant | Murphy, Ameer |
| December 7, 2021 | Trial Court Record Received | | |
| | | | Philadelphia County Criminal Division |
| December 7, 2021 | Sealed Trial Court Record Received - Sensitive Documents | | |
| | | | Philadelphia County Criminal Division |
| December 7, 2021 | Trial Court Opinion Received | | |
| | | | Philadelphia County Criminal Division |
| December 7, 2021 | Briefing Schedule Issued | | |
| | | | Superior Court of Pennsylvania |
| January 18, 2022 | Application for Extension of Time to File Brief - First Request | | |
| | | Appellant | Murphy, Ameer |
| January 19, 2022 | Order Granting Application for Extension of Time to File Appellant Brief | | |
| | | | Per Curiam |
| | Comment: Grant until March 21, 2022. No further extensions will be granted. | | |
| March 14, 2022 | Application for Relief | | |
| | | Appellant | Murphy, Ameer |
| | Comment: Motion to Proceed PRO SE. | | |
| April 14, 2022 | Application for Remand | | |
| | | Appellant | Murphy, Ameer |
| | Comment: APPLICATION FOR REMAND AND REQUEST TO WITHDRAW. | | |
| April 25, 2022 | Order | | |
| | | | Per Curiam |
| | Comment: Upon consideration of Appellant's pro se "Petition For A Grazier Hearing In Order To Proceed Pro Se. [sic] Pursuant To Commonwealth v. Grazier," filed on March 14, 2022 and Appellant's "Application For Remand And Request To Withdraw," filed by Todd Michael Mosser, Esq. on April 14, 2022, the PCRA court is hereby directed to conduct an on-the-record determination as to whether the Appellant's waiver of counsel is knowing, intelligent and voluntary, pursuant to Commonwealth v. Grazier, 713 A.2d 81 (Pa. 1998), and to provide written notice of its determination to the Prothonotary of this Court within sixty (60) days of the date that this Order is filed. The existing briefing schedule is VACATED pending the PCRA court's waiver of counsel determination. The Prothonotary of this Court shall forward copies of this Order and Appellant's motions to the Office of Judicial Records and the Honorable Barbara A. McDermott.

04/25/2022 - Certified Copy of Order and Copies of Motion exit to L/C and L/C Judge. | | |
| May 17, 2022 | Trial Court Acknowledgement of Order | | |
| | | | Philadelphia County Criminal Division |
| June 1, 2022 | Supplemental Record Filed | | |
| | | | Philadelphia County Criminal Division |

2:46 P.M.

| Sealed Documents |

PCRA

**Appeal Docket Sheet**

**Superior Court of Pennsylvania**

**Docket Number: 2263 EDA 2021**

**Page 4 of 6**

**November 21, 2023**



**DOCKET ENTRY**

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| June 1, 2022 | Order | | |
| | | | Per Curiam |
| | Comment: T/C Order dated 5/31/2022 granting Todd Mosser, Esq. to permit to withdraw as Counsel.   Joseph Schultz, Esq. is hereby Appointed as Counsel for Appellant. | | |
| June 27, 2022 | Application for Remand | | |
| | | Appellant | Murphy, Ameer |
| July 27, 2022 | Order Denying Application for Remand | | |
| | | | Per Curiam |
| | Comment: Appellant's "Petitioner's Application For Remand Under the Authority Of Commonwealth v. Aaron Bradley, 261 A.3d 381 (Pa. 2021), Without Prejudice To Revisit The Issues Currently Before The Court Once All Issues Have Been Litigated In The Lower Courts," filed by Joseph Todd Schultz, Esq., is DENIED without prejudice to Appellant's right to raise the issues in the application before the panel of this Court assigned to decide the merits of the appeal by either refiling the application in writing once the case has been assigned to a panel or by raising the issues in the Appellant's brief. | | |
| July 27, 2022 | Briefing Schedule Issued | | |
| | | | Superior Court of Pennsylvania |
| September 6, 2022 | Application for Extension of Time to File Brief - First Request | | |
| | | Appellant | Murphy, Ameer |
| September 7, 2022 | Order Granting Application for Extension of Time to File Appellant Brief | | |
| | | | Per Curiam |
| | Comment: Granted until 11/07/2022 - NO Further Extensions will be granted. | | |
| November 8, 2022 | Appellant's Brief Filed Late | | |
| | | Appellant | Murphy, Ameer |
| November 8, 2022 | Submitted on Brief | | |
| | | | Eastern District Filing Office |
| November 13, 2022 | Addendum to Brief - Trial Court Opinion | | |
| | | Appellant | Murphy, Ameer |
| November 16, 2022 | Notice of Overdue Paper Copies | | |
| | | | Superior Court of Pennsylvania |
| November 17, 2022 | Paper Version of PACFiled Document Received | | |
| | | Appellant | Murphy, Ameer |
| | Document Name: TBRF & Addendum | | |
| December 5, 2022 | Entry of Appearance - District Attorney Commonwealth of Pennsylvania | Appellee | Conway, Michael J. |
| December 5, 2022 | Application for Extension of Time to File Brief - First Request | | |
| | | Appellee | Commonwealth of Pennsylvania |

2:46 P.M.

**Sealed Documents**


PCRA

**Appeal Docket Sheet**

**Superior Court of Pennsylvania**

**Docket Number: 2263 EDA 2021**

**Page 5 of 6**

**November 21, 2023**

**DOCKET ENTRY**

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **December 5, 2022** | Order Granting Application for Extension of Time to File Appellee Brief | | Per Curiam |
| | Comment: Grant until January 6, 2023. No further extensions will be granted. | | |
| **January 4, 2023** | Application for Extension of Time to File Brief - Second Request | Appellee | Commonwealth of Pennsylvania |
| **January 9, 2023** | Order Granting Application for Extension of Time to File Appellee Brief | | Per Curiam |
| | Comment: AND NOW, upon consideration of the application of Appellee, Commonwealth of Pennsylvania, for extension of time to file Brief, the application is hereby GRANTED. No further extensions will be granted. Appellee's Brief shall be filed on or before February 6,2023. | | |
| **January 13, 2023** | Appellee's Brief Filed | Appellee | Commonwealth of Pennsylvania |
| **January 19, 2023** | Paper Version of PACFiled Document Received | Appellee | Commonwealth of Pennsylvania |
| **January 25, 2023** | Submission Letter Sent | | Kohler, Benjamin D. |
| **March 24, 2023** | Supplemental Transcripts of Testimony | | Court Reporters, Digital Recording, and Interpreters Administration - First Judicial District of Pennsylvania |
| **April 21, 2023** | Affirmed | | Murray, Mary P. |
| **May 22, 2023** | Petition for Allowance of Appeal to PA Supreme Court Filed | Appellant | Murphy, Ameer |
| | Comment: 158 ET 2023 | | |
| **May 22, 2023** | Petition for Allowance of Appeal to PA Supreme Court Filed | Appellant | Murphy, Ameer |
| | Comment: 145 EAL 2023 | | |
| **October 12, 2023** | Order Denying Petition for Allowance of Appeal to PA Supreme Court | | Per Curiam |
| | Comment: 145 EAL 2023 | | |
| **November 7, 2023** | Remitted - No Trial Court Record | | Superior Court of Pennsylvania |

# Appeal Docket Sheet

**Superior Court of Pennsylvania**

## Docket Number: 2263 EDA 2021

## Page 6 of 6

## November 21, 2023

### SESSION INFORMATION

Journal Number:      J-S04008-23
Consideration Type:      Submit Panel
Listed/Submitted Date:      February 6, 2023

Panel Composition:

| | |
|---|---|
| The Honorable Mary P. Murray | Judge |
| The Honorable Megan King | Judge |
| The Honorable Dan Pellegrini | Judge |

### DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| Final Disposition: | Yes | | |
| Related Journal No: | J-S04008-23 | Judgment Date: | April 21, 2023 |
| Category: | Decided | Disposition Author: | Murray, Mary P. |
| Disposition: | Affirmed | Disposition Date: | April 21, 2023 |
| Dispositional Filing: | **Memorandum** | Filing Author: | Murray, Mary P. |
| Filed Date: | 4/21/2023 12:00:00AM | | |

### CROSS COURT ACTIONS

| | |
|---|---|
| Docket Number: | 158 ET 2023 |
| Court Name: | Supreme |
| Short Caption: | Commonwealth v. Murphy, A., Pet. |
| Case Status: | Closed |
| Disposition: | |
| Disposition Date: | |
| Petition Reargument/Reconsideration Filed Date: | |
| Reargument Disposition: | |
| Reargument Disposition Date: | |
| Cross Court Action Type: | Filing of Decision or Opinion |

| | |
|---|---|
| Docket Number: | 145 EAL 2023 |
| Court Name: | Supreme |
| Short Caption: | Commonwealth v. Murphy, A., Pet. |
| Case Status: | Closed |
| Disposition: | Order Denying Petition for Allowance of Appeal |
| Disposition Date: | October 12, 2023 |
| Petition Reargument/Reconsideration Filed Date: | |
| Reargument Disposition: | |
| Reargument Disposition Date: | |
| Cross Court Action Type: | |

# EXHIBIT G

## DECLARATION OF AMEER MURPHY

I, Ameer Murphy, do hereby swear and declare that the following is true and correct to the best of my knowledge, information and belief subject to the penalties for unsworn falsification to authorities set forth in 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904.

1. I am the defendant in the criminal case *Commonwealth v. Ameer Murphy*, captioned in the Philadelphia Court of Common Pleas at CP 51 CR 0005908-2015. I am the petitioner in the federal habeas case *Murphy v. Rivello*, No. 23-3970.

2. I first met attorney George Yacoubian at the county jail sometime in the late spring or early summer of 2016. This was before I hired him to represent me on my homicide case. Even though we barely spoke about the facts of my case in that first meeting (or ever), he told me that I had a really strong case and he would not allow me to take a plea deal for anything other than "single digits." That meeting lasted less than 15 minutes. I agreed to hire him and arranged to give him a down payment of $6,500 on his $10,000 fee soon after that meeting. I now know that he was just bragging about how good a lawyer he would be for me just to get me to hire him.

3. Between then and my April 2018 trial, Mr. Yacoubian and I met about four more times at the county jail. On each occasion we never discussed the facts of my case or the defense strategy. He always had me called down to the attorney/client visiting room when he was at the prison to visit other clients. He never came to see me to prepare or go over the case. He would say that he was "just checking in" to see how I was doing and that everything was fine with him getting ready for the case. One time I brought the discovery with me to go over with him and he said something like, "There's no need for that. I'm just here to make sure you're doing OK." Every meeting after that first meeting lasted no more than 5 minutes.

4. In December 2017, he visited me just like all the other times. In this meeting he told me that he had run into the prosecutor on my case and had a short conversation about a possible plea deal. He told me that he asked the prosecutor to "throw a number" at him and the prosecutor had asked him to "throw a number" back at him. Mr. Yacoubian told me that he told the prosecutor that he should go first. He told me that the prosecutor informally suggested a plea deal for 22 ½ to 45 years for third-degree murder. Mr. Yacoubian then asked me, "What do you think of 22 ½ to 45?" I told him that he previously told me that he wasn't going to let me plead to anything other than "single digits" and that he has had the case for two-and-a-half years during which I had assumed he was preparing for trial. Of course the 22 ½ year deal sounded wrong. He dropped the subject at that point and just said that he was passing that message along. This was the last time I met with him in the county jail before my trial started five months later. That was the entire content of the conversation about the plea offer.

5. At no time during any of these meetings at the jail did he and I discuss anything at all related to pleading guilty other than (a) his one comment before I hired him that he would not allow me to plead to anything more than "single digits" and (b) relating to me the informal conversation he had with the prosecutor. At no time in these meetings or at any other time did he go over with me what the chances were that I would be convicted.

6. On January 8, 2018, I was in court before Judge McDermott for the beginning of my trial My grandmother, mother and sister were present in the courtroom. Judge McDermott was angry that the assigned prosecutor had been fired a few days earlier and that the case would have to be delayed. At some point there was a discussion about getting the Commonwealth to make me a plea offer. Shortly after, while I was still seated at the defense table, Mr. Yacoubian told me that the prosecutor had made an offer of 25 to 50 years. In a conversation that lasted no more than two

minutes while we were seated in court with the prosecutor a few feet away and the judge on the bench in a courtroom full of the victim's family members Mr. Yacoubian asked me, "Do you want to take it?" I asked him, "What happened to the 22 ½ to 45?" He said that that was only an unofficial discussion and that number was not on the table. He said, "Do you want it or not?" I said "No," and that was the end of that conversation. I was mad that the case was being continued after three years of me locked up waiting for something to happen on my case. I was mad that my family was forced to come down to court for no reason. I was mad that it seemed like the DA was playing with me by changing the terms of the plea offer. And I didn't know what to think about Mr. Yacoubian coming at me with a plea offer at the last second and just asking me whether I wanted it. Nothing seemed right.

7. With the benefit of the years that have passed, I can now better see that the evidence against me was strong and I should have taken the deal. I didn't know then what I know now, because Mr. Yacoubian never spent any time explaining things to me. I was only 20 when this happened and 22 when the DA offered me a deal for 25 to 50 years. 25 years was more years than I had been alive. It seemed like such a high number to someone that young. I believe there is a good chance I would have taken the deal if only Mr. Yacoubian had taken just a little time to explain to me that this was a good deal for me given how likely it was that I'd be convicted of first-degree murder, get a life sentence and die in jail. He never spoke to any of my family members either (although I do understand he sexually assaulted my sister).


___Ameer Murphy___                    ___12·12·2023___
Ameer Murphy                          Date

# EXHIBIT H

## DECLARATION OF ROBIN REED

I, Robin Reed, do hereby swear and declare that the following is true and correct to the best of my knowledge, information and belief subject to the penalties for unsworn falsification to authorities set forth in 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904.

1. I am Ameer Murphy's grandmother. I live at 3138 Tasker Street, Philadelphia, PA 19145.

2. Ameer's lawyer, George Yacoubian, came to my house approximately four times to pick up money. I paid him over $10,000 and I believe it was $13,000 that I ended up paying him. During the times he came to my house he never told me that the Commonwealth was offering Ameer a plea deal. He never told me that he thought Ameer should take a deal and he never asked me to talk to Ameer about taking a plea deal. I learned this week from Ameer's current counsel that he had been offered a plea deal for 25 years. If I had known that I would have strongly advised Ameer to take that deal. Because Ameer and I are close, he would have strongly considered my recommendation.

3. During the times Mr. Yacoubian came to my house to get money, he was mostly interested in my granddaughter Ayanna. I saw him speaking to her outside my house. I know she went out with him once or twice, until she told me she did not like him and did not want to see him again. I know she went to a house with him, which I assumed was his house.

4. Ameer used to call me and ask me to get Mr. Yacoubian to come talk to him about the case. Ameer told me that Mr. Yacoubian never discussed the case with him and would only check in with Ameer, very briefly, just to see how he was doing.

_____          _12-2-23_____
Robin Reed                                Date

EXHIBIT I

## DECLARATION OF QUESTINA WOODS

I, Questina Woods, do hereby swear and declare that the following is true and correct to the best of my knowledge, information and belief subject to the penalties for unsworn falsification to authorities set forth in 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904.

1. I am Ameer Murphy's mother. I live at 1250 S. 49ᵗʰ Street, Philadelphia, PA 19143.

2. Ameer's lawyer, George Yacoubian, never once met or spoke with me to go over what my testimony would be. He never told me what questions he was going to ask me and what questions to expect from the prosecutor. The first time I knew that I would be testifying was at the trial itself, when he told me in the hallway outside the courtroom. Because of this, I felt completely unprepared when I testified.

3. Mr. Yacoubian also never told me that the District Attorney was offering my son a plea deal for 25 years. The first time I learned about that was this week when Ameer's current lawyer told me. Mr. Yacoubian never asked me to talk to Ameer about taking that deal. I would have gladly done so, and Ameer would have seriously considered what I had to say, especially if both my mother, Robin Reed, and I told him to take the deal.


Questina Woods                          12-1-23
Questina Woods                          Date

# EXHIBIT J

## DECLARATION OF AYANNA WOODS

I, Ayanna Woods, do hereby swear and declare that the following is true and correct to the best of my knowledge, information and belief subject to the penalties for unsworn falsification to authorities set forth in 28 U.S.C. §1746 and 18 Pa.C.S. §4904.

1. My name is Ayanna Woods. I am the sister of Ameer Murphy. My date of birth is October 14, 1997. My address is 3138 Tasker Street, Philadelphia, PA 19145.

2. At some point before my brother's homicide trial, his lawyer, George Yacoubian, came to my house. I believe that he came there to pick up some money for his legal fee and he may have spoken to my mother about the case. I was 19 or 20 years old at the time. I was sitting outside on my steps when he left the house. He struck up a conversation with me that was personal and not related to my brother's case. He asked me if he could see me sometime, on a personal level, and suggested that we exchange cell numbers. I agreed to give him my cell number. He later texted me and made plans to get together. He picked me up and took me to a house in Manayunk that he said was his. He immediately got physical with me against my will. He was grabbing me with his hands and rubbing up against me and trying to become sexual. I felt uncomfortable and told him so right away. He disregarded my wishes and kept molesting me. I finally got him to stop by refusing his advances and telling him to stop, and he took me home.

3. I did not report this sexual assault to the police, but I did tell my mother (Questina Woods), my grandmother (Robin Reed), my brother (Ameer), my boyfriend (Nadi Hatchett) and my brother's current lawyer (Daniel Silverman).

_Ayanna Woods_
Ayanna Woods

_11-3-22_
Date

EXHIBIT K



*Allen Investigative Group LLC*

833.504.7214
www.alleninvgroup.com
P.O. Box 1090, Skippack, PA 19474

## INVESTIGATION REPORT

Date:                 December 13, 2023

Subject:          Murphy vs. Rivello
Your Client:     Ameer Murphy
Our File No.     23-00607

Submitted To

Daniel Silverman, J.D., M.Ed.
Law Offices of Daniel Silverman & Associates, P.C.
The Widener Building - Suite 500
1339 Chestnut Street
Philadelphia, PA 19107

RE:     Murphy vs. Rivello
        Page 2

# **<u>TABLE OF CONTENTS</u>**

Assignment...............................................................................................................................3

Field Investigation....................................................................................................................3

Interview of George Yacoubian, Esq.......................................................................................3

Conclusion................................................................................................................................5

RE:   Murphy vs. Rivello
      Page 3

## ASSIGNMENT

In accordance with your request for our office to:

- Document the interview of George Yacoubian, Esq. regarding Ameer Murphy

We have completed our investigation. The following is our report of findings.

### FIELD INVESTIGATION

On **Monday, December 4, 2023,** the investigator traveled to **1515 Market Street, Suite 1200, Philadelphia, PA 19102,** to meet with Daniel Silverman, Esq. and document the interview of George Yacoubian, Esq. regarding Mr. Yacoubian's defense of Ameer Murphy.



December 4, 2023

Upon arrival, the investigator met with Mr. Silverman in the building's lobby and we proceeded to Suite 1200 to meet with Mr. Yacoubian.  Mr. Yacoubian escorted us into a small office with no personal effects. The office appeared not to be an occupied office, other than for meetings.

### INTERVIEW OF GEORGE YACOUBIAN, ESQ.

At the initial greeting, Mr. Yacoubian was cordial to Mr. Silverman and me; however, Yacoubian immediately volunteered that he doesn't remember much and that most of his answers were going to be "I don't recall".  This statement was made by Yacoubian without knowing what the questions were going to be.

Silverman explained that he represented Mr. Murphy in federal habeas proceedings and had some questions regarding two claims that he had identified. Regarding the first claim concerning an allegedly defective jury instruction on accomplice liability, Silverman began by saying that he was not necessarily interested in whether Yacoubian felt that the instruction was in fact defective or whether the claim itself was valid. Silverman explained that the judge would determine whether the instruction was defective. Silverman said that he only wanted to know whether Yacoubian had a strategic reason not to object, assuming the instruction was defective. Yacoubian immediately responded that he had no strategic reason not to object and that if the court found the instruction defective, he did not identify that potential error and had no reason not to object. Yacoubian said that if Judge McDermott failed to instruct that the jury would have to find that Ameer shared the shooter's intent to kill in order for them to find him guilty of first-degree murder then he should have objected.

RE:   Murphy vs. Rivello
      Page 4

Regarding the second claim involving the plea offer, Yacoubian indicated there was no plea offer on the table until the January 2018 hearing in Ameer's case. Yacoubian confirmed that he had read the transcript from that hearing (that Silverman had sent him) and it shows that no plea offer had been made until that day. He repeatedly said that he did not recall any of the specifics of what he and Ameer discussed about the plea offer. He did not remember that he and Ameer even spoke, how long they spoke or what they discussed. Yacoubian could only say what his practice would have been. He said that he would have spoken to Ameer about the plea offer the day it was made, and that this discussion likely would have occurred in the room in the courthouse hallway next to the courtroom.  He said that his practice would have been to explain what the plea terms were and would have gone over them with Ameer. He said that if Amer did not plead guilty he must have rejected the plea offer.

He advised that he did not request a continuance to April in order to give him more time to discuss with Ameer the benefits of accepting the plea offer. He could offer no reason why he did not take those extra months to try to convince Ameer to accept the offer.

Yacoubian fully agreed with Silverman's statement that the evidence of Ameer's guilt was really strong and that the defense they put on was not believable, was a joke, and was not going to work.

In December 2017, Yacoubian happened to run into the ADA trying the case.  Yacoubian has no recollection of discussing with Ameer any offer that the ADA may have made of 22 1/2 to 45 years.  He does not think he put any offer to Ameer in writing and he did not put in writing confirming the fact that Murphy apparently rejected the deal against Yacoubian's advice, because he does not believe he did that back in 2018 but does it now as a matter of practice.  He does not have anything in writing to Ameer saying to take the offer.  Yacoubian does not recall speaking with Ameer's family members to tell Ameer that he should take the plea offer.

Yacoubian indicated that when dealing with assistant district attorneys, Yacoubian never makes a first offer as he does not want his offer to be higher than the district attorney's offer.

Yacoubian thought that Ameer was not interested in the 25-50 year offer because Ameer thought he would walk.

Yacoubian recalls Ameer's mother was involved in the case.  Yacoubian thinks a family member may have been in or going in the booth when the plea offer discussion took place.  Yacoubian said it is impossible that he did not go into the anteroom to discuss the plea offer.  Yacoubian said that if he received a formal offer on the case, he would not have done anything quick, and believed the conversation about the plea offer would have taken place in the anteroom.

Yacoubian recalls seeing Ameer in prison, and said he routinely sees clients in prison, but would never call a client to the meeting room or have a client brought up just to check on the client.  If  he  met  with  Ameer,  it probably would have been to speak about what he was facing.  He has no recollection of specific day/date in prison, said he did meet with Ameer, and said it's a bullshit case.  Yacoubian advised that he prepped Ameer to testify but does not recall prepping Ameer's mother to testify.  Yacoubian said he has no regrets on conversations about the plea offer.

Yacoubian admitted that he did not twist Ameer's arm to take the deal/plea offer and did nothing to get Ameer to take the plea offer.  Yacoubian said that it's tough for him to say that he could have done more but indicated that he does not recall how aggressive he was with talking about the plea offer during discussions with Ameer.  He would have spoken to Ameer before what the plea offer would have been.  Yacoubian said that he always has lengthy conversations with clients about charges, the plea, and what the offer in a plea agreement was, as well as the parameters of the case.  He said there's no doubt that such a conversation took place with Ameer.

RE:   Murphy vs. Rivello
      Page 5

Silverman explained to Yacoubian that he had a sworn declaration from Ameer's sister confirming that Yacoubian asked for her phone number so he could take her out sometime, that the two of them exchanged cell numbers, and that he picked her up took her to a residence in Manayunk somewhere and got sexual with her against her will. In responding it was this investigator's impression that Yacoubian turned red and then said that he had no idea who Ameer's sister is, that he may have exchanged phone numbers with the family but denied the other allegations.  Yacoubian stated he has no connection with Manayunk.

Yacoubian said that if no offer was made before the January date, Ameer would not have been interested in a plea offer.

When Yacoubian sits with a client, he said he puts cases into one of three categories, with category one being guilty with no negotiations, category three being the case is a winner, and category two is somewhere in the middle between category one and category three.  He said it would have been his practice to tell Ameer that the case can fall into category one but has no recollection of what specifically he told Ameer. The judge offered a colloquy and offered a three-month delay in this matter.  They did the colloquy that day because Ameer rejected the offer.

Yacoubian said there is no way he would have said to Ameer that he wouldn't let Ameer plead to anything other than a single digit sentence because Yacoubian did not have the discovery at the time.

Yacoubian said he's not comfortable saying anything with 100 percent certainty about this matter.

## CONCLUSION

In summary, we are suspending our investigation pending review and further direction from your office. Should you have any questions or concerns, please do not hesitate to contact our office.

Respectfully submitted,

*Jeffrey Allen*

Jeffrey Allen
Allen Investigative Group, LLC

/ta

# EXHIBIT L

## Re: Ameer Murphy

George Yacoubian <george@yacoubian-law.com>
Thu 11/3/2022 12:31 PM
To: R. Christopher Campbell <rccampbell2015@outlook.com>
Cc: Joseph Schultz <joseph.schultz@jschultzlawfirm.com>

 External (george@yacoubian-law.com)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

I have no recollection of an offer. If the CW made one, which they almost always do, it would have been relayed to, and rejected by, him.

No, it would not have mattered. There was overwhelming evidence of his guilt. Read the trial transcripts if there is any confusion.

--

Respectfully,
Law Offices of George S. Yacoubian, Jr., LLC
ATTN: George S. Yacoubian, Jr., Ph.D., LL.M., S.J.D., M.S.
150 N. Radnor Chester Road, Suite F200
Radnor, PA 19087
610.768.8988 - Office
610.213.3452 - Cell
610.229.5168 - Fax
george@yacoubian-law.com
www.yacoubian-law.com

Law Offices of George S. Yacoubian, Jr., LLC
ATTN: George S. Yacoubian, Jr., Ph.D., LL.M., S.J.D.
1515 Market Street, Suite 1200
Philadelphia, PA  19102
610.213.3452 - Cell
610.229.5168 - Fax
george@yacoubian-law.com
www.yacoubian-law.com

**This communication contains information that is legally protected from unauthorized disclosure and is confidential in nature. If you are not the intended recipient, any dissemination, distribution or copying of this information is strictly prohibited.  If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this email from your computer.**

---

**From:** R. Christopher Campbell <rccampbell2015@outlook.com>
**Sent:** Thursday, November 3, 2022 12:12 PM
**To:** George Yacoubian <george@yacoubian-law.com>
**Cc:** Joseph Schultz <joseph.schultz@jschultzlawfirm.com>
**Subject:** Ameer Murphy

Hello Mr. Yacoubian,

I am emailing you as a follow up on *Com. v. Ameer Murphy*.  I am working with Joe Schultz on this matter. We very much appreciate you talking to us.  In prep for our conference on Monday, Nov. 7, at 2 pm, if you could provide written responses to the below questions.

First, we wanted to ask you about the Commonwealth's plea offer.  What details do you remember about the Commonwealth's offer?

Do you have any memos regarding the offer?

What did you tell the client about the plea offer?

What was the client's response?

Did you think the commonwealth had a strong case against the Defendant?  If so, why?

At Murphy's trial, it appears that the trial court neglected to include the "specific intent to kill" requirement for first-degree murder in its accomplice liability instruction   Do you think that having the "specific intent to kill" requirement for first-degree murder in the accomplice liability instruction is necessary?

Do you think having the "specific intent to kill" requirement for first-degree murder in the accomplice liability instruction would have benefited the Defendant?

Again, we very appreciate you talking to us on this matter.

Thanks,
Chris

R. Christopher Campbell, Esq.
rccampbell2015@outlook.com

# EXHIBIT M



```
┌ Inmate Information ─────────────────────────────────────────────────┐
│   MURPHY              ANEER                  DOB 01/31/1995           │
│   (last)              (first)          Custody                       │
│   Intake                  PID 1029755                                │
│     SID 34245908          FBI 397251XD7                              │
│   Min Release             Max Release                                │
│   ┌ Authorized Visitors List ──────────────────────────────────┐    │
│   │  Code        Name                    Relation   Last Visit  │    │
│   │  OFFICIAL    MCMONAGLE, BRIAN        O ATTORNEY             │    │
│   │  OFFICIAL    MANDELL, LEE            O ATTORNEY   11/10/18   │    │
│   │  OFFICIAL    GAMBURG, ROBERT         O ATTORNEY             │    │
│   │  OFFICIAL    COGAN, DENNIS           O ATTORNEY             │    │
│   │  VISIT       BRADSHAW***, LASHA      Y FRIEND    06/20/17   │    │
│   │  NOVISIT     FIORE, TODD             N                      │    │
│   │  NOVISIT     SHIVER, LAURANCE        N            07/05/03   │    │
│   │   TOO MANY (69)                                             │    │
│   └────────────────────────────────────────────────────────────┘    │
│                                                                      │
│   ┌────────────────────────────────────────────────────────────┐    │
│                  ┌PgUp─┐ ┌PgDn─┐ ┌F9─┐ ┌F10─┐ ┌F11─┐ ┌F12─┐          │
│                  │GoBack│                                            │
└──────────────────────────────────────────────────────────────────────┘
   R    Lock&Track © 2002-2004 LockWorks LLC
```



```
┌ Inmate Information ─────────────────────────────────────────────────────
   MURPHY                    AMEER                    DOB 01/31/1995
   (last)                    (first)           Custody
   Intake                    PID 1029755
      SID 34245908           FBI 397251XD7
   Min Release               Max Release
   ┌ Authorized Visitors List ──────────────────────────────────────────
     Code      Name                              Relation    Last Visit
     OFFICIAL  BOWE, WILLIAM                    O ATTORNEY    04/23/15
     VISIT     MURPHY******, BRANDON            Y RELATIVE    02/01/17
     VISIT     THOMPKINS, KENNETH               Y FRIEND      04/21/14
     OFFICIAL  YACOUBIAN, GEORGE                O ATTORNEY    08/05/16
     VISIT     BROWN, KHADIJAH                  Y FRIEND      09/07/18
     OFFICIAL  BARROSO, ARELIS                  O PROFESSION
     VISIT     GIVENS, FAREEAH                  Y FRIEND      02/13/18
       TOO MANY (69)
```

PgUp  PgDn   F9   F10   F11   F12

GoBack

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Information ─────────────────────────────────────────────┐
│  MURPHY                 AMEER                DOB 01/31/1995       │
│  (last)                 (first)         Custody                  │
│  Intake                    PID 1029755                          │
│    SID 34245908            FBI 397251XD7                        │
│  Min Release               Max Release                          │
│  ┌ Authorized Visitors List ──────────────────────────────────┐│
│  │ Code        Name                       Relation   Last Visit ││
│  │ VISIT       TURNER**, RAFIQUE      Y RELATIVE   01/10/18     ││
│  │ VISIT       WOOD, JONESE           Y FRIEND     12/14/16     ││
│  │ VISIT       ROBINSON, JEVANNA      Y FRIEND     12/27/18     ││
│  │ OFFICIAL    PALAZZO, VALERIE       O ATTORNEY   11/14/13     ││
│  │ VISIT       SHOWELL, NAZIRAH       Y FRIEND     03/28/18     ││
│  │ EMCONTACT   REED, ROBIN            Y RELATIVE   12/05/16     ││
│  │ NOVISIT     SALMON, ALEXIS         N                         ││
│  │  TOO MANY (69)                                              ││
│  └────────────────────────────────────────────────────────────┘│
│                                                                 │
│  ┌──────────────────────────────────────────────────────────┐ │
│  └──────────────────────────────────────────────────────────┘ │
│              ┌PgUp┐  ┌PgDn┐  ┌F9    ┌F10   ┌F11    ┌F12         │
│              │GoBack│ │  │   │  │    │  │   │  │    │  │         │
└──────────────────────────────────────────────────────────────┘
```

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Information ──────────────────────────────────────────────────────┐
│  MURPHY              AMEER                    DOB 01/31/1995               │
│  (last)              (first)          Custody                             │
│  Intake                PID 1029755                                        │
│    SID 34245908        FBI 397251XD7                                      │
│  Min Release           Max Release                                        │
│  ┌ Authorized Visitors List ────────────────────────────────────────┐    │
│  │ Code       Name                         Relation    Last Visit    │    │
│  │ VISIT      JAMES, SHIREEKA            Y RELATIVE    01/15/14       │    │
│  │ VISIT      BRADSHAW, LASHA            Y RELATIVE    01/27/16       │    │
│  │ NOVISIT    SHOWELL*NOTE*, NAZIRAH     N FRIEND      07/17/17       │    │
│  │ VISIT      BURTON, RADIYA             Y FRIEND      02/12/14       │    │
│  │ VISIT      GUESS, AALIYAH             Y FRIEND      03/26/14       │    │
│  │ VISIT      SHOWELL, NAZIRH            Y FRIEND      03/14/18       │    │
│  │ OFFICIAL   SIGNS, DANIEL              O ATTORNEY                   │    │
│  │   TOO MANY (69)                                                   │    │
│  │                                                                   │    │
│  └───────────────────────────────────────────────────────────────────┘    │
│                                                                           │
│  ┌─────────────────────────────────────────────────────────────────┐     │
│  └─────────────────────────────────────────────────────────────────┘     │
│                    ┌PgUp─┐ ┌PgDn─┐ ┌F9─┐ ┌F10─┐ ┌F11─┐ ┌F12─┐            │
│                    │GoBack│ │      │   │ │    │ │    │ │    │            │
└──────────────────────────────────────────────────────────────────────────┘
```

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Information ─────────────────────────────────────────────────
  MURPHY                  AMEER                 DOB 01/31/1995
  (last)                  (first)         Custody
  Intake                     PID 1029755
     SID 34245908            FBI 397251XD7
  Min Release                Max Release
    ┌ Authorized Visitors List ─────────────────────────────────────
    Code      Name                          Relation    Last Visit
    VISIT     BROCKINGTON, CONRAD          Y FATHER      04/14/14
    VISIT     THOMAS, TYRONE               Y FRIEND      05/07/14
    VISIT     TRAWICK, YAASIR              Y FRIEND      06/05/14
    VISIT     MASON, JUAWANN               Y FRIEND      06/05/14
    VISIT     HARRISON, ZHAIR              Y FRIEND      09/25/17
    VISIT     HAMLIN, TREVIN               Y FRIEND      09/22/14
    VISIT     GRAY, JAYNAE                 Y FRIEND      09/10/14
      TOO MANY (69)
```

PgUp   PgDn   F9   F10   F11   F12

GoBack

R     Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Information ──────────────────────────────────────────────────────────
    MURPHY                    AMEER                    DOB 01/31/1995
    (last)                    (first)           Custody
    Intake                       PID 1029755
       SID 34245908              FBI 397251XD7
    Min Release                  Max Release
    ┌ Authorized Visitors List ──────────────────────────────────────────
      Code      Name                              Relation    Last Visit
      VISIT     REDMOND, CARLIA                 Y FRIEND      01/13/16
      VISIT     ROBINSON, SHYDIA                Y FRIEND      01/22/18
      VISIT     WOODS, RAHEEM                   Y FRIEND      10/15/15
      VISIT     RUSH, KAREEMA                   Y FRIEND      08/12/19
      VISIT     GREEN, RICARDO                  Y RELATIVE    11/18/14
      VISIT     GREEN, ROMAR                    Y FRIEND      10/16/14
      VISIT     HARRISON**, KHALID              Y FRIEND      11/22/17
        TOO MANY (69)
```

PgUp   PgDn   F9   F10   F11   F12

GoBack

R    Lock&Track © 2002-2004 LockWorks LLC



Inmate Information

| MURPHY | AMEER | DOB 01/31/1995 |
| (last) | (first) | Custody |
| Intake | PID 1029755 | |
| SID 34245908 | FBI 397251XD7 | |
| Min Release | Max Release | |

Authorized Visitors List

| Code | Name | Relation | Last Visit |
|------|------|----------|------------|
| VISIT | ROBINSON, ONYX | Y FRIEND | 11/03/14 |
| VISIT | WILLIAMS, TYMIRRA | Y FRIEND | 11/27/17 |
| VISIT | JOHNSON, AMY | Y FRIEND | 04/22/19 |
| VISIT | CERDAN, KENAYAH | Y FRIEND | 11/20/14 |
| VISIT | HARRIS, JAHMIL | Y FRIEND | 06/19/17 |
| VISIT | PATE, NASYA | Y FRIEND | 05/20/15 |
| VISIT | PRESLEY-HARRIS, JAHMIL | Y FRIEND | 11/06/19 |
| TOO MANY (69) | | | |

PgUp  PgDn  F9  F10  F11  F12

GoBack

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Information ──────────────────────────────────────────────┐
│ MURPHY              AMEER                  DOB 01/31/1995          │
│ (last)              (first)          Custody                      │
│ Intake                  PID 1029755                               │
│     SID 34245908        FBI 397251XD7                             │
│ Min Release             Max Release                               │
│ ┌ Authorized Visitors List ──────────────────────────────┐       │
│ │ Code       Name                    Relation   Last Visit │      │
│ │ VISIT      WOODS, QUESTINA        Y MOTHER    04/09/18    │      │
│ │ VISIT      NESMITH, QUATEER       Y FRIEND    08/30/17    │      │
│ │ VISIT      MURPHY, FREDDY         Y FATHER    08/09/15    │      │
│ │ NOVISIT    SHOWELL, NAZIRAH       N           06/15/16    │      │
│ │ VISIT      RYANT, JYMIRE          Y FRIEND    07/28/15    │      │
│ │ VISIT      WOODARD, ERIC          Y FRIEND    07/26/16    │      │
│ │ VISIT      WINGATE, ANTOINETTE    Y FRIEND               │      │
│ │  TOO MANY (69)                                           │      │
│ └──────────────────────────────────────────────────────────┘     │
│                                                                   │
│           ┌PgUp┐┌PgDn┐ ┌F9   ┌F10   ┌F11   ┌F12              │
│           │    ││    │ │     │      │      │                 │
│           │GoBack│    │ │     │      │      │                 │
└───────────┴────┴┴────┴─┴─────┴──────┴──────┴────────────────────┘
  R     Lock&Track © 2002-2004 LockWorks LLC
```



```
┌ Inmate Information ─────────────────────────────────────────────────┐
│  MURPHY              AMEER                DOB 01/31/1995              │
│  (last)              (first)          Custody                        │
│  Intake                 PID 1029755                                  │
│     SID 34245908        FBI 397251XD7                                │
│  Min Release            Max Release                                  │
│  ┌ Authorized Visitors List ──────────────────────────────────────┐ │
│  │ Code      Name                      Relation     Last Visit     │ │
│  │ VISIT     SLAUGHTER, RONALD       Y RELATIVE     02/16/16       │ │
│  │ VISIT     SHANK, DONEERAH         Y FRIEND       12/09/15       │ │
│  │ VISIT     NICHOLS, HANEEF         Y FRIEND       02/08/17       │ │
│  │ VISIT     MCNISH, DANA            Y FRIEND       03/15/16       │ │
│  │ VISIT     SMITH, NYSHEEM          Y FRIEND       08/30/16       │ │
│  │ VISIT     HAYES, HAKEEMAK         Y SISTER       11/14/16       │ │
│  │ VISIT     BENNETT, NYDIA          Y FRIEND       02/29/16       │ │
│  │   TOO MANY (69)                                                 │ │
│  └────────────────────────────────────────────────────────────────┘ │
└──────────────────────────────────────────────────────────────────────┘
```

PgUp  PgDn  F9  F10  F11  F12
GoBack

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Information ─────────────────────────────────────────────┐
│  MURPHY              AMEER              DOB 01/31/1985            │
│  (last)              (first)           Custody                   │
│  Intake              PID 1029755                                 │
│     SID 34245908     FBI 397251XD7                               │
│  Min Release         Max Release                                 │
│  ┌ Authorized Visitors List ──────────────────────────────────┐ │
│  │  Code       Name                     Relation   Last Visit  │ │
│  │  VISIT      BENNETT, NYDIA          Y FRIEND    02/29/16     │ │
│  │  VISIT      TORRENCE, SHIMEARA      Y FRIEND    09/28/16     │ │
│  │  VISIT      WILSON, TYRONE          Y FRIEND    08/13/19     │ │
│  │  VISIT      RONEY, FELISHA          Y SISTER    06/29/16     │ │
│  │  VISIT      BRADLEY, ZAFIR          Y FRIEND    07/20/16     │ │
│  │  VISIT      WILLIAMS, ERICKA        Y FRIEND    04/09/18     │ │
│  │  VISIT      STEWART, JOSETTE        Y RELATIVE  11/28/16     │ │
│  │    TOO MANY (69)                                            │ │
│  │                                                             │ │
│  └─────────────────────────────────────────────────────────────┘ │
│                                                                 │
│             ┌PgUp─┐┌PgDn┐ ┌F9  ┌F10   ┌F11  ┌F12               │
│             │GoBack│ │   │ │   │ │     │     │                  │
└─────────────┴──────┴─┴───┴─┴───┴─┴─────┴─────┴──────────────────┘

R    Lock&Track © 2002-2004 LockWorks LLC
```



```
┌ Inmate Information ─────────────────────────────────────────────────────────┐
│   MURPHY                    AMEER                 DOB 01/31/1995             │
│   (last)                    (first)          Custody                         │
│   Intake                       PID 1029755                                  │
│      SID 34245908              FBI 397251XD7                                 │
│   Min Release                  Max Release                                  │
│   ┌ Authorized Visitors List ──────────────────────────────────────────┐   │
│   │ Code       Name                          Relation    Last Visit     │   │
│   │ VISIT      WEST*, KADEEM                Y FRIEND      06/07/18        │   │
│   │ NOVISIT    SHOWELL, NAZIRAH             N            12/14/17        │   │
│   │ VISIT      MURPHY, NATHAN               Y RELATIVE   03/28/18        │   │
│   │ VISIT      HARRISON, KHALID             Y FRIEND     02/22/17        │   │
│   │ NOVISIT    SHOWELL, NAZIRAH SHADIYAH    N            07/17/17        │   │
│   │ VISIT      WATFORD, TAHRIEK             Y FRIEND     10/04/19        │   │
│   │ NOVISIT    SHOWELL, NAZIRAH             N FAMILY     06/20/17        │   │
│   │ TOO MANY (69)                                                       │   │
│   │                                                                     │   │
└───┴─────────────────────────────────────────────────────────────────────┴──┘
                    ┌PgUp─┐ ┌PgDn─┐ ┌F9─┐ ┌F10─┐ ┌F11─┐ ┌F12─┐
                    │GoBack│ │     │ │   │ │    │ │    │ │    │
   R    Lock&Track © 2002-2004 LockWorks LLC
```



```
Inmate Information
  MURPHY                   AMEER                    DOB 01/31/1995
  (last)                   (first)          Custody
  Intake                   PID 1029755
    SID 34245908           FBI 397251XD7
  Min Release              Max Release
      Authorized Visitors List
    Code       Name                              Relation    Last Visit
    VISIT      SWITCHETT, EBONY                  Y FAMILY    06/20/17
    VISIT      MURPHY, NAZIR                     Y CHILD     07/17/17
    DENIED     NICHOLS, SHAKUR                   N FRIEND
    DENIED     WHITE*, DARNELL                   N FRIEND    08/03/17
    DENIED     NEWSOME-BOSTICK****, NAIM         N FRIEND    08/16/17
    OFFICIAL   MARAN, MARY                       O ATTORNEY
    VISIT      SHAMDID-DEEN, AMIN                Y FRIEND    10/27/17
      TOO MANY (69)
```

PgUp  PgDn   F9   F10   F11   F12

GoBack

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Information ──────────────────────────────────────────────────┐
│   MURPHY              AMEER                  DOB 01/31/1995            │
│   (last)              (first)           Custody                       │
│   Intake                 PID 1029755                                  │
│      SID 34245908        FBI 397251XD7                                │
│   Min Release             Max Release                                 │
│  ┌ Authorized Visitors List ──────────────────────────────────────┐  │
│  │  Code       Name                        Relation   Last Visit   │  │
│  │  OFFICIAL   MARAN, MARY                  O ATTORNEY              │  │
│  │  VISIT      SHAMDID-DEEN, AMIN           Y FRIEND   10/27/17     │  │
│  │  VISIT      SCOTT, LANAE                 Y FRIEND   11/03/17     │  │
│  │  VISIT      SMITH, NYSHEEM               Y FRIEND               │  │
│  │  VISIT      ROSS, VIRGIL                 Y FRIEND   12/13/17     │  │
│  │  VISIT      REDMOND, WAHID               Y FRIEND   12/21/17     │  │
│  │  VISIT      PRESLEY-HARRIS, JAHMIL       Y FRIEND   01/02/18     │  │
│  │    TOO MANY (69)                                                │  │
│  └─────────────────────────────────────────────────────────────────┘  │
└──────────────────────────────────────────────────────────────────────┘
```

PgUp   PgDn   F9   F10   F11   F12

GoBack

R     Lock&Track © 2002-2004 LockWorks LLC

No more records

```
┌─ Inmate Visitor Log ──────────────────────────────────────────────────────
  Facility   Visitor                           T  C  Start           Until
  PICC       WOODS, QUESTINA                    S                     14:43
  PICC       WILLIAMS, ERICKA                   S     04/09/2018 13:09 13:42
  PICC       SHOWELL, NAZIRAH                   S     03/28/2018 15:42 16:54
  PICC       MURPHY, NATHAN                     S                     15:44
  PICC       SHOWELL, NAZIRH                    S     03/14/2018 14:34 15:51
  PICC       WILLIAMS, ERICKA                   S     03/13/2018 16:34 17:04
  PICC       WILLIAMS, ERICKA                   S     02/21/2018 14:35 15:05
  PICC       WILLIAMS, ERICKA                   S     02/14/2018 15:45 16:15
  PICC       WILLIAMS, ERICKA                   S     02/07/2018 16:20 16:50
  PICC       WILLIAMS, ERICKA                   S     01/31/2018 12:59 13:30
  PICC       ROBINSON, SHYDIA                   S     01/22/2018 12:38 13:19
  PICC       WILLIAMS, ERICKA                   S     01/17/2018 11:40 12:47
  PICC       TURNER**, RAFIQUE                  S                     13:27
  PICC       WILLIAMS, ERICKA                   S     01/09/2018 11:09 11:40
  PICC       WILLIAMS, ERICKA                   S     01/03/2018 10:46 11:17
  PICC       WATFORD, TAHRIEK                   S     01/02/2018 13:40 14:11
  PICC       PRESLEY-HARRIS, JAHMIL             S                     13:41
│                         ┌PgUp─┐ ┌PgDn─┐  ┌F9─┐  ┌F10─┐ ┌F11─┐  ┌F12─┐
│                         │GoBack│
└───────────────────────────────────────────────────────────────────────────
   R    Lock&Track © 2002-2004 LockWorks LLC
```

```
┌ Inmate Visitor Log ─────────────────────────────────────────────────────────
│ Facility    Visitor                              T  C  Start            Until
│ PICC        WOODS, QUESTINA                       S     12/29/2017 17:11 17:21
│ PICC        WOODS, QUESTINA                       S                      15:46
│ PICC        REDMOND, WAHID                        S     12/21/2017 15:37 16:12
│ PICC        MURPHY, NATHAN                        S                      15:37
│ PICC        YACOUBIAN, GEORGE                     O     12/18/2017 09:14 10:35
│ PICC        ROSS, VIRGIL                          S     12/13/2017 12:10 13:10
│ PICC        TURNER**, RAFIQUE                     S                      11:00
│ PICC        WILLIAMS, ERICKA                      S     12/08/2017 14:27 14:57
│ PICC        MCMONAGLE, BRIAN                      O                      15:02
│ PICC        WILLIAMS, ERICKA                      S     12/01/2017 12:24 12:55
│ PICC        WILLIAMS, ERICKA                      S     11/24/2017 16:34 17:05
│ PICC        HARRISON**, KHALID                    S     11/22/2017 15:04 15:36
│ PICC        WILLIAMS, ERICKA                      S     11/15/2017 15:39 16:09
│ PICC        HARRISON**, KHALID                    S     11/15/2017 13:12 13:42
│ PICC        HARRISON**, KHALID                    S                      12:33
│ PICC        WILLIAMS, ERICKA                      S     11/08/2017 15:57 17:12
│ PICC        SCOTT, LANAE                          S     11/03/2017 14:31 15:01
└──────────────────┌PgUp─┐┌PgDn┐┌F9─┐┌F10─┐┌F11─┐┌F12─┐─────────
                   │GoBack│
```

R     Lock&Track © 2002-2004 LockWorks LLC

```
┌─ Inmate Visitor Log ─────────────────────────────────────────────────┐
│ Facility    Visitor                          T  C  Start          Until │
│ PICC        WILLIAMS, ERICKA                 S                    14:32  │
│ PICC        SHANDID-DEEN, AMIN               S     10/27/2017 14:21 14:51│
│ PICC        WILLIAMS, ERICKA                 S                    14:32  │
│ PICC        WOODS, QUESTINA                  S     10/18/2017 15:37 16:07│
│ PICC        WILLIAMS, ERICKA                 S                    15:40  │
│ PICC        WILLIAMS, ERICKA                 S     10/13/2017 13:19 13:49│
│ PICC        WILLIAMS, ERICKA                 S     10/04/2017 13:32 14:02│
│ PICC        WILSON, TYRONE                   S     10/03/2017 10:57 11:27│
│ PICC        MARAN, MARY                      O                    15:40  │
│ PICC        HARRISON, ZHAIR                  S     09/25/2017 13:28 14:09│
│ PICC        WILLIAMS, ERICKA                 S     09/07/2017 11:57 12:27│
│ PICC        MURPHY, NATHAN                   S     09/01/2017 17:21 17:52│
│ PICC        NESMITH, QUATEER                 S     08/30/2017 15:43 16:13│
│ PICC        SIGNS, DANIEL                    O     08/23/2017 12:33 12:39│
│ PICC        GIVENS, FAREEAH                  S     08/22/2017 13:30 14:00│
│ PICC        NEWSOME-BOSTICK****, NAIM        S     08/16/2017 13:28 13:58│
│ PICC        GIVENS, FAREEAH                  S     08/09/2017 13:06 13:44│
│                    ┌PgUp─┐ ┌PgDn─┐ ┌F9  ┌F10─┐ ┌F11─┐ ┌F12─┐            │
│                    │GoBack│ │     │ │  │ │    │ │    │ │    │            │
└────────────────────┴──────┴─┴─────┴─┴──┴─┴────┴─┴────┴─┴────┴───────────┘

     R    Lock&Track © 2002-2004 LockWorks LLC
```



```
┌─ Inmate Visitor Log ──────────────────────────────────────────────
│ Facility  Visitor                    T  C  Start            Until
│ PICC      WILLIAMS, ERICKA           S     08/08/2017 14:42 15:13
│ PICC      WHITE*, DARNELL            S     08/03/2017 15:56 16:29
│ PICC      WILLIAMS, ERICKA           S     07/19/2017 15:45 16:15
│ PICC      MURPHY, NAZIR              S     07/17/2017 15:48 16:18
│ PICC      SHOWELL*NOTE*, NAZIRAH     S                      15:48
│ PICC      WILLIAMS, ERICKA           S     07/10/2017 13:27 13:57
│ PICC      WILLIAMS, ERICKA           S     07/05/2017 13:04 13:41
│ PICC      WILLIAMS, ERICKA           S     07/03/2017 16:49 17:19
│ PICC      WILLIAMS, ERICKA           S     06/30/2017 13:33 14:41
│ PICC      TURNER**, RAFIQUE          S     06/28/2017 12:48 13:19
│ PICC      MURPHY, NAZIR              S     06/20/2017 13:21 13:53
│ PICC      SWITCHETT, EBONY           S                      13:21
│ PICC      SHOWELL, NAZIRAH           S                      13:21
│ PICC      WILLIAMS, ERICKA           S     06/19/2017 16:00 16:31
│ PICC      WILLIAMS, ERICKA           S     06/14/2017 14:48 15:18
│ PICC      WILLIAMS, ERICKA           S     06/12/2017 15:34 16:04
│ PICC      WILLIAMS, ERICKA           S     06/07/2017 13:33 14:03
│                        ┌PgUp─┐┌PgDn─┐┌F9─┐┌F10──┐┌F11─┐┌F12─┐
│                        │GoBack││     ││   ││     ││    ││    │
└────────────────────────┘     ┘└     ┘└   ┘└     ┘└    ┘└    ┘

    R    Lock&Track © 2002-2004 LockWorks LLC
```



```
┌ Inmate Visitor Log ─────────────────────────────────────────────
  Facility  Visitor                          T  C  Start          Until
  PICC      WILLIAMS, ERICKA                 S        06/05/2017 13:56  14:27
  PICC      TURNER**, RAFIQUE                S        05/30/2017 10:45  11:21
  PICC      WILLIAMS, ERICKA                 S        05/24/2017 15:43  16:30
  PICC      WILLIAMS, ERICKA                 S        05/17/2017 15:46  16:19
  PICC      WILLIAMS, ERICKA                 S        05/15/2017 13:39  14:09
  PICC      WILLIAMS, ERICKA                 S        05/10/2017 14:50  15:20
  PICC      WILLIAMS, ERICKA                 S        05/08/2017 14:31  15:01
  PICC      PRESLEY-HARRIS, JAHMIL           S                          13:25
  PICC      WILLIAMS, ERICKA                 S        04/26/2017 16:08  16:40
  PICC      WOODS, QUESTINA                  S                          16:17
  PICC      WILLIAMS, ERICKA                 S        04/24/2017 15:28  16:00
  PICC      WILLIAMS, ERICKA                 S        04/19/2017 15:41  16:14
  PICC      WILLIAMS, ERICKA                 S        04/17/2017 15:41  16:12
  PICC      MCMONAGLE, BRIAN                 O                          16:25
  PICC      MCMONAGLE, BRIAN                 O                          16:25
  PICC      WILLIAMS, ERICKA                 S        04/12/2017 14:19  14:49
  PICC      TURNER**, RAFIQUE                S                          12:01
```

┌PgUp┐ ┌PgDn┐ ┌F9 ┌F10 ┌F11 ┌F12

┌GoBack┐

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Visitor Log ─────────────────────────────────────────────────────
  Facility  Visitor                        T  C  Start          Until
  PICC      WILLIAMS, ERICKA               S     04/10/2017 16:19  16:49
  PICC      WILLIAMS, ERICKA               S     04/05/2017 14:00  15:00
  PICC      WILLIAMS, ERICKA               S     04/03/2017 14:28  15:17
  PICC      YACOUBIAN, GEORGE              O     03/30/2017 09:19  09:51
  PICC      WILLIAMS, ERICKA               S     03/29/2017 16:20  16:52
  PICC      TURNER**, RAFIQUE              S     03/28/2017 15:45  16:26
  PICC      WILLIAMS, ERICKA               S     03/24/2017 13:47  14:17
  PICC      WILLIAMS, ERICKA               S     03/22/2017 16:46  17:17
  PICC      WILLIAMS, ERICKA               S     03/15/2017 13:10  13:40
  PICC      WILLIAMS, ERICKA               S     03/13/2017 16:04  16:34
  PICC      WILLIAMS, ERICKA               S     03/08/2017 14:04  14:34
  PICC      TURNER**, RAFIQUE              S     03/06/2017 13:50  14:20
  PICC      WILLIAMS, ERICKA               S     03/03/2017 13:47  14:19
  PICC      WILLIAMS, ERICKA               S     03/01/2017 16:37  17:09
  PICC      WILLIAMS, ERICKA               S     02/22/2017 13:00  13:30
  PICC      HARRISON, KHALID               S                       13:53
  PICC      WILLIAMS, ERICKA               S     02/21/2017 15:32  16:16
└────────────────────────────┌PgUp─┐┌PgDn─┐┌F9─┐┌F10─┐┌F11─┐┌F12─┐
                             │GoBack│ │    │ │  │ │   │ │   │ │   │

     R     Lock&Track © 2002-2004 LockWorks LLC
```

```
┌─ Inmate Visitor Log ──────────────────────────────────────────────────
 Facility   Visitor                            T  C  Start          Until
 PICC       WILLIAMS, ERICKA                    S     02/15/2017 12:55  13:26
 PICC       WOODS, QUESTINA                     S     02/13/2017 15:41  16:15
 PICC       NICHOLS, HANEEF                     S     02/08/2017 17:12  17:44
 PICC       WOODS, QUESTINA                     S                       13:25
 PICC       WILLIAMS, ERICKA                    S     02/07/2017 13:25  13:56
 PICC       MURPHY, NATHAN                      S     02/01/2017 11:31  12:32
 PICC       MURPHY******, BRANDON               S                       15:20
 PICC       WILLIAMS, ERICKA                    S     01/31/2017 13:43  14:15
 PICC       WOODS, QUESTINA                     S                       13:49
 PICC       HARRIS, JAHMIL                      S     01/23/2017 13:23  13:54
 PICC       WILLIAMS, ERICKA                    S     01/18/2017 13:03  13:34
 PICC       WOODS, QUESTINA                     S                       13:03
 PICC       MURPHY******, BRANDON               S     01/17/2017 10:27  10:57
 PICC       WILLIAMS, ERICKA                    S     01/09/2017 15:32  16:02
 PICC       HARRIS, JAHMIL                      S     01/02/2017 12:24  13:11
 PICC       WEST*, KADEEM                       S                       12:24
 PICC       WILLIAMS, ERICKA                    S     12/28/2016 13:09  13:40
 └──────────────────────────────────────────────────────────────────────
```

| PgUp | PgDn | F9 | F10 | F11 | F12 |
| GoBack | | | | | |

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Visitor Log ─────────────────────────────────────────────────
│ Facility    Visitor                          T  C  Start          Until
│ PICC        NESMITH, QUATEER                  S     12/19/2016 16:05  16:36
│ PICC        WILLIAMS, ERICKA                  S     12/14/2016 16:48  17:26
│ PICC        WOOD, JONESE                      S     12/14/2016 14:22  14:52
│ PICC        WILLIAMS, ERICKA                  S     12/07/2016 12:58  13:28
│ PICC        WILLIAMS, ERICKA                  S     12/05/2016 16:32  17:02
│ PICC        REED, ROBIN                       S                       16:32
│ PICC        STEWART, JOSETTE                  S     11/28/2016 14:18  14:49
│ PICC        WOODS, QUESTINA                   S                       14:18
│ PICC        WILLIAMS, ERICKA                  S     11/25/2016 15:48  16:28
│ PICC        WILLIAMS, ERICKA                  S     11/23/2016 11:45  12:15
│ PICC        HAYES, HAKEEMAK                   S     11/14/2016 13:07  13:37
│ PICC        WILLIAMS, ERICKA                  S                       17:02
│ PICC        YACOUBIAN, GEORGE                 O     11/03/2016 15:45  15:49
│ PICC        WILLIAMS, ERICKA                  S     10/31/2016 16:57  17:27
│ PICC        SIGNS, DANIEL                     O     10/27/2016 13:30  13:33
│ PICC        SHOWELL*NOTE*, NAZIRAH            S     10/25/2016 13:20  13:53
│ PICC        WILLIAMS, ERICKA                  S     10/19/2016 12:39  13:46
│                        ┌PgUp─┐ ┌PgDn─┐ ┌F9─┐ ┌F10─┐ ┌F11─┐ ┌F12─┐
│                        │GoBack│ │     │ │   │ │    │ │    │ │    │
└────────────────────────┴─────┴─┴─────┴─┴───┴─┴────┴─┴────┴─┴────┴──

   R    Lock&Track © 2002-2004 LockWorks LLC
```

```
┌ Inmate Visitor Log ──────────────────────────────────────────────────
│ Facility   Visitor                              T  C  Start          Until
│ PICC       TORRENCE, SHIMEARA                   S                     13:25
│ PICC       TORRENCE, SHIMEARA                   S      09/27/2016 13:03  13:36
│ CFCF       NESMITH, QUATEER                     S      08/10/2016 20:12  20:47
│ CFCF       SHOWELL*NOTE*, NAZIRAH               S  1   08/10/2016 20:11  20:48
│ CFCF       YACOUBIAN, GEORGE                    O                     10:29
│ CFCF       MCMONAGLE, BRIAN                     O                     10:29
│ CFCF       SIGNS, DANIEL                        O      07/29/2016 09:35  09:46
│ CFCF       NICHOLS, HANEEF                      S      07/28/2016 20:10  20:42
│ CFCF       WOODARD, ERIC                        S      07/26/2016 19:39  20:03
│ CFCF       NESMITH, QUATEER                     S      07/26/2016 19:38  20:04
│ CFCF       HARRISON, ZHAIR                      S      07/20/2016 14:28  14:58
│ CFCF       BRADLEY, ZAFIR                       S                     10:29
│ CFCF       PRESLEY-HARRIS, JAHMIL               S      07/18/2016 12:40  13:12
│ CFCF       MURPHY******, BRANDON                S      06/29/2016 17:40  17:56
│ CFCF       RONEY, FELISHA                       S      06/29/2016 17:39  17:54
│ CFCF       BRADSHAW***, LASHA                   S      06/24/2016 17:10  17:25
│ CFCF       TORRENCE, SHIMEARA                   S      06/24/2016 17:09  17:24
│                          ┌PgUp─┐ ┌PgDn─┐ ┌F9─┐ ┌F10─┐ ┌F11─┐ ┌F12─┐
│                          │     │ │     │ │   │ │    │ │    │ │    │
│                          │GoBack│ │    │ │   │ │    │ │    │ │    │
    R    Lock&Track © 2002-2004 LockWorks LLC
```



```
┌ Inmate Visitor Log ─────────────────────────────────────────────────────────
│ Facility   Visitor                              T  C   Start              Until
│ CFCF       TORRENCE, SHIMEARA                    S      06/24/2016 17:09   17:24
│ CFCF       MCMONAGLE, BRIAN                      O                         10:29
│ CFCF       NESMITH, QUATEER                      S      06/06/2016 20:06   20:37
│ CFCF       WOODARD, ERIC                         S      06/03/2016 17:41   18:32
│ CFCF       SHOWELL*NOTE*, NAZIRAH                S                         10:29
│ CFCF       WOODARD, ERIC                         S                         10:29
│ CFCF       WOODARD, ERIC                         S                         10:29
│ CFCF       NESMITH, QUATEER                      S      05/09/2016 20:54   21:24
│ CFCF       MANDELL, LEE                          O
│ CFCF       MCNISH, DANA                          S      03/15/2016 19:28   19:58
│ CFCF       SMITH, NYSHEEM                        S      03/11/2016 17:17   17:32
│ CFCF       PRESLEY-HARRIS, JAHMIL                S      03/11/2016 17:17   17:32
│ CFCF       JOHNSON, AMY                          S      03/09/2016 13:10   13:31
│ CFCF       JOHNSON, AMY                          S
│ CFCF       NICHOLS, HANEEF                       S
│ CFCF       TORRENCE, SHIMEARA                    S      03/02/2016 13:09   13:41
│ CFCF       BENNETT, NYDIA                        S      02/29/2016 15:58   16:28
│                              ┌PgUp┐ ┌PgDn┐  ┌F9┐   ┌F10┐ ┌F11┐  ┌F12┐
│                              │GoBack│
   R      Lock&Track © 2002-2004 LockWorks LLC
```



```
┌ Inmate Visitor Log ──────────────────────────────────────────────────────────
│ Facility   Visitor                          T  C  Start              Until
│ CFCF       MCNISH, DANA                      S     02/25/2016 21:07   21:08
│ CFCF       MCNISH, DANA                      S     02/25/2016 20:38   21:08
│ CFCF       PALAZZO, VALERIE                  O
│ CFCF       NESMITH, QUATEER                  S     02/16/2016 20:37   20:56
│ CFCF       SLAUGHTER, RONALD                 S     02/16/2016 20:37   20:56
│ CFCF       WOODARD, ERIC                     S     02/11/2016 19:38   19:56
│ CFCF       PRESLEY-HARRIS, JAHMIL            S     02/11/2016 19:38   19:56
│ CFCF       MCNISH, DANA                      S     02/10/2016 21:31   22:01
│ CFCF       WOOD, JONESE                      S     02/05/2016 11:09   11:45
│ CFCF       NESMITH, QUATEER                  S     02/03/2016 20:17   21:03
│ CFCF       HAYES, HAKEEMAK                   S     01/27/2016 14:48   15:19
│ CFCF       BRADSHAW, LASHA                   S
│ CFCF       WOODARD, ERIC                     S     01/25/2016 20:04   20:34
│ CFCF       MCNISH, DANA                      S     01/20/2016 21:54   22:09
│ CFCF       WOODS, QUESTINA                   S     01/20/2016 21:55   22:10
│ CFCF       WOOD, JONESE                      S     01/20/2016 12:56   13:31
│ CFCF       MCNISH, DANA                      S     01/13/2016 16:26   16:41
└──────────────────────┌PgUp──┌PgDn──┌F9──┌F10──┌F11──┌F12──────
                       │GoBack│      │    │     │     │
```

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌ Inmate Visitor Log ─────────────────────────────────────────────────────
  Facility   Visitor                        T  C  Start            Until
  CFCF       REDMOND, CARLIA                 S     01/13/2016 16:26  16:41
  CFCF       MCNISH, DANA                    S     01/11/2016 21:05  21:38
  CFCF       WOODS, QUESTINA                 S
  CFCF       NICHOLS, HANEEF                 S     01/06/2016 16:28  17:00
  CFCF       WOODARD, ERIC                   S     01/04/2016 14:20
  CFCF       NESMITH, QUATEER                S                       14:20
  CFCF       WOODS, QUESTINA                 S     12/30/2015 20:37  21:11
  CFCF       WOODARD, ERIC                   S     12/28/2015 20:01  20:32
  CFCF       MANDELL, LEE                    O     12/26/2015 09:43  09:56
  CFCF       NESMITH, QUATEER                S     12/18/2015 20:22  20:38
  CFCF       SLAUGHTER, RONALD               S     12/18/2015 20:22  20:38
  CFCF       NICHOLS, HANEEF                 S     12/16/2015 19:42  20:37
  CFCF       PRESLEY-HARRIS, JAHMIL          S     12/16/2015 19:42  20:37
  CFCF       WOODARD, ERIC                   S     12/11/2015 16:25  16:40
  CFCF       NESMITH, QUATEER                S     12/11/2015 16:25  16:40
  CFCF       SHANK, DONEERAH                 S     12/09/2015 21:12  21:33
  CFCF       WOODS, QUESTINA                 S  1  12/09/2015 21:11  21:33
└──────────────────────────┬PgUp─┬┬PgDn─┬┬F9─┬┬F10─┬┬F11─┬┬F12────────────
                           │      │     │   │    │    │    │
                           │GoBack│     │   │    │    │    │
                           └──────┘└────┘└──┘└───┘└───┘└───┘
```

R     Lock&Track © 2002-2004 LockWorks LLC

```
┌ Inmate Visitor Log ─────────────────────────────────────────────────────────
 Facility  Visitor                      T  C  Start            Until
 CFCF      SLAUGHTER, RONALD            S
 CFCF      WOODS, QUESTINA              S
 CFCF      WOODS, QUESTINA              S     11/23/2015 19:58  20:28
 CFCF      WOODS, QUESTINA              S
 CFCF      WOODS, QUESTINA              S
 CFCF      MANDELL, LEE                 O
 CFCF      WOODS, QUESTINA              S
 CFCF      WOODS, QUESTINA              S     07/29/2015 20:30  21:07
 CFCF      RYANT, JYMIRE                S     07/28/2015 13:29  14:07
 CFCF      PRESLEY-HARRIS, JAHMIL       S     07/20/2015 14:40  14:43
 CFCF      WOOD, JONESE                 S     07/15/2015 18:54  19:25
 CFCF      ROBINSON, JEVANNA            S     07/13/2015 20:12  20:42
 CFCF      ROBINSON, JEVANNA            S     07/06/2015 21:13  21:48
 CFCF      ROBINSON, JEVANNA            S     07/03/2015 16:12  16:47
 CFCF      ROBINSON, JEVANNA            S     07/01/2015 20:37  21:08
 CFCF      WOODS, QUESTINA              S     06/24/2015 19:55  20:16
 CFCF      ROBINSON, JEVANNA            S  1  06/24/2015 19:55  20:16
              ┌PgUp┐ ┌PgDn┐  ┌F9  ┌F10┐ ┌F11┐ ┌F12
              │GoBack│
```

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌─ Inmate Visitor Log ─────────────────────────────────────────────────────
│ Facility   Visitor                      T  C  Start           Until
│ CFCF       ROBINSON, JEVANNA            S  1  06/24/2015 19:55  20:16
│ CFCF       WOOD, JONESE                 S     06/22/2015 20:04  20:34
│ CFCF       ROBINSON, JEVANNA            S     06/17/2015 19:44  20:46
│ CFCF       ROBINSON, JEVANNA            S     06/10/2015 20:15  20:49
│ CFCF       MURPHY, FREDDY               S     06/09/2015 20:20  20:35
│ CFCF       WOODS, QUESTINA              S     06/09/2015 20:20  20:35
│ CFCF       WOOD, JONESE                 S     06/03/2015 12:12  13:21
│ CFCF       ROBINSON, JEVANNA            S     05/27/2015 19:42  19:57
│ CFCF       WOODS, QUESTINA              S     05/27/2015 19:42  19:57
│ CFCF       WOOD, JONESE                 S     05/26/2015 10:39  11:13
│ CFCF       WOODS, QUESTINA              S     05/20/2015 19:45  20:16
│ CFCF       WOOD, JONESE                 S     05/20/2015 19:44  20:16
│ CFCF       PATE, NASYA                  S     05/20/2015 12:44  12:44
│ CFCF       ROBINSON, JEVANNA            S     05/18/2015 15:46  16:01
│ CFCF       BRADSHAW, LASHA              S     05/18/2015 15:46  16:01
│ CFCF       WOOD, JONESE                 S     05/12/2015 20:01  20:37
│ CFCF       NESMITH, QUATEER             S     05/06/2015 20:27  20:42
│            ┌PgUp┐ ┌PgDn┐ ┌F9┐ ┌F10┐ ┌F11┐ ┌F12┐
│            │GoBack│ │   │  │  │   │  │   │  │   │
└────────────────────────────────────────────────────────────────────────
```

R    Lock&Track © 2002-2004 LockWorks LLC



```
┌─ Inmate Visitor Log ──────────────────────────────────────────────────
  Facility   Visitor                          T  C   Start           Until
  CFCF       ROBINSON, JEVANNA                 S      05/06/2015 20:27  20:42
  CFCF       WOOD, JONESE                      S      05/04/2015 11:29  12:01
  CFCF       WOOD, JONESE                      S      04/29/2015 19:57  20:33
  CFCF       ROBINSON, JEVANNA                 S      04/27/2015 20:06  20:21
  CFCF       WOODS, QUESTINA                   S      04/27/2015 20:06  20:21
  CFCF       ROBINSON, JEVANNA                 S      04/22/2015 20:18  20:33
  CFCF       WOODS, QUESTINA                   S      04/22/2015 20:17  20:33
  CFCF       WOOD, JONESE                      S      04/21/2015 19:22  19:53
  CFCF       WOOD, JONESE                      S
  CFCF       MCMONAGLE, BRIAN                  O
  CFCF       BOWE, WILLIAM                     O      04/19/2015 09:00
  CFCF       ROBINSON, JEVANNA                 S      04/16/2015 13:55  14:50
  CFCF       BRADLEY, MAURICE                  S
  CFCF       BRADLEY, MAURICE                  S
  CFCF       COGAN, DENNIS                     O
  CFCF       GAMBURG, ROBERT                   O
  CFCF       SHOWELL*NOTE*, NAZIRAH            S      11/24/2014 12:14  12:47
         ┌PgUp─┐ ┌PgDn─┐ ┌F9─┐ ┌F10─┐ ┌F11─┐ ┌F12─┐
         │GoBack│ │     │ │   │ │    │ │    │ │    │
```

R     Lock&Track © 2002-2004 LockWorks LLC

## Certificate of Service

I, Daniel Silverman, certify that I served via ECF the below-listed individual(s) with a true and correct copy of the attached Petitioner's Appendix of Exhibits on the 3rd day of January, 2023:

Katherine Ernst, Esquire
Supervisor, Federal Litigation Unit
District Attorney's Office
3 South Penn Square
Philadelphia, PA 19107

**SILVERMAN & ASSOCIATES, P.C.**

BY: /s/ Daniel Silverman
Daniel Silverman, Esquire

I.D. No. 44335
The Widener Building - Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
(215) 713-9146
SilvermanLaw@comcast.net