**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMEER MURPHY,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.    23-cv-3970** |
| | : | |
| **JOHN RIVELLO, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW**, this __7th__ day of May, 2024, upon consideration of Respondents' *Nunc Pro Tunc* Motion for Extension of Time (ECF No. 10), it is hereby **ORDERED** that the motion is **GRANTED**. Respondents shall file a Response no later than August 5, 2024. Should Petitioner wish to file a Reply to the Respondents' Response, his Reply **SHALL BE FILED** within thirty (30) days after service of the Response.

BY THE COURT:

__/s/ Lynne A. Sitarski__
LYNNE A. SITARSKI
United States Magistrate Judge