# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMEER MURPHY,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.   23-cv-3970** |
| | : | |
| **JOHN RIVELLO, et al.,** | : | |
| **Respondents.** | : | |

# O R D E R

**AND NOW**, this ___21ST___ day of June, 2024, upon consideration of Petitioner's

unopposed First Motion to Stay Federal Proceedings (ECF No. 12), it is hereby **ORDERED** that

Petitioner's Motion is **GRANTED.**  This matter is **STAYED** pending the resolution of

Petitioner's ongoing state court post-conviction proceedings for him to properly exhaust his

claims.  It is further **ORDERED** that within seven days of the completion of Petitioner's state

court post-conviction proceedings, the Commonwealth shall file a status update with the Court.


BY THE COURT:


   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge