**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMEER MURPHY,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.   23-cv-3970** |
| | : | |
| **JOHN RIVELLO, et al.,** | : | |
| **Respondents.** | : | |

**O R D E R**

**AND NOW**, this   19th   day of November, 2024, upon consideration of Petitioner's

unopposed Second Motion for Leave to Further Amend Petition for Writ of Habeas Corpus

(ECF No. 14), it is hereby **ORDERED** as follows:

1.      Petitioner's motion is **GRANTED**;

2.      The Clerk of Court shall separately docket Petitioner's Second Amendment to

Petition for Writ of Habeas Corpus attached to the motion;

3.      The Second Amendment shall be deemed filed as of November 14, 2024;

4.      This matter shall remain **STAYED** pending the resolution of Petitioner's ongoing

state court post-conviction proceedings for him to properly exhaust the claims set

forth in his amendments to his petition;

5.      Within seven days of the completion of those proceedings, Plaintiff shall file a

status update with the Court.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge