**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMEER MURPHY,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.   23-cv-3970** |
| | : | |
| **JOHN RIVELLO, et al.,** | : | |
| **Respondents.** | : | |

**O R D E R**

**AND NOW**, this ___22ND___ day of April, 2026, upon consideration of Petitioner's

Unopposed Motion to Lift Stay and Establish a Schedule for Supplemental Briefing (ECF No.

19), it is hereby **ORDERED** that the motion is **GRANTED**, as follows:

(1)     The stay (ECF No. 13) in this matter is **LIFTED;**

(2)     Petitioner shall file a supplemental brief in support no later than May 22, 2026;

(2)     Respondents shall file a Response sixty (60) days after the filing of Petitioner's

supplemental brief; and

(3)     Should Petitioner wish to file a Reply to the Response, his Reply **SHALL BE**

**FILED** within thirty (30) days after service of the Response.

BY THE COURT:

_  /s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge